UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMI SHUTI,

    Plaintiff,

v.                                             Civil No. 2:09cv11984

MICHAEL AYTES, Acting Director,        HON. PATRICK J. DUGGAN
U.S. Citizenship and Immigration Services;   MAG. JUDGE VIRGINIA M. MORGAN
ROBERT M. COWAN, Director, Missouri
Service Center, United States Citizenship and
Immigration Services; ERIC HOLDER, JR., Attorney
General of the United States; JANET NAPOLITANO,
Secretary, Department of Homeland Security,

    Defendants.

_____/

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

      Plaintiff Sami Shuti and defendants Michael Aytes, *et al.,* by and through their undersigned attorneys, stipulate to the entry of an order dismissing the above-captioned case with prejudice and with each party bearing his or her own costs and attorney fees.

| | |
|---|---|
| MARGARET W. WONG & ASSOCIATES | TERRENCE BERG<br>United States Attorney |
| *s/Scott Bretton (with consent)* | *s/Derri T. Thomas* |
| SCOTT BRATTON | DERRI T. THOMAS (P53439) |
| Attorneys for Plaintiff | Assistant U.S. Attorney |
| 3150 Chester Avenue | 211 W. Fort Street, Suite 2001 |
| Cleveland, Ohio 44114 | Detroit, MI 48226-3211 |
| (216) 566-9908 | (313) 226-9153 |
| bratton@imwong.com | derri.thomas@usdoj.gov |
| Dated: August 12, 2009 | Dated: August 12, 2009 |

      **IT IS SO ORDERED.**

                    **S/Patrick J. Duggan**
                    **Patrick J. Duggan**
                    **United States District Judge**

**Dated: August 12, 2009**
**I hereby certify that a copy of the foregoing document was served upon counsel of record on August 12, 2009, by electronic and/or ordinary mail.**

                  **S/Marilyn Orem**
                    **Case Manager**